## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**TERESA VENIECE GEER,**

             **Plaintiff,**

v.                                              **Case No: 5:15-cv-507-Oc-18PRL**

**COMMISSIONER OF SOCIAL
SECURITY,**

             **Defendant.**

---

### ORDER

THIS CAUSE concerns Plaintiff Teresa Veniece Geer's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Disability Insurance Benefits ("DIB") after proceedings before an Administrative Law Judge ("ALJ").[1] (*See* Doc. 14-2 at 15-27.) Geer filed a request for review of the ALJ's decision with the Appeals Council, which was denied. (*See* Doc. 14-2 at at 4-7.) Subsequently, Geer filed her complaint in this Court. (Doc. 1.) On December 29, 2016, Magistrate Philip R. Lammens issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 20), to which Geer filed objections (Doc. 21). The Commissioner did not file a response to Geer's objections.

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Geer's disability claims. After de novo review of the portions of the Report and Recommendation to which Geer objected, including portions pertaining to the opinions and

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 14.)

medical records of Geer's treating physician, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on this ___ day of February, 2017.

**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record